**United States Bankruptcy Court**
**District of New Jersey**

**IN RE:**                                                                                                                      Case No. _____

Weinstock, Neil E.                                                                                                      Chapter **7** _____
Debtor(s)

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................... $ **1,474.00**

   Prior to the filing of this statement I have received ...................................................................... $ **1,474.00**

   Balance Due ........................................................................................................................ $ **0.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]

   **The obligations of the attorney under the legal services or retainer agreement is contingent upon the debtor's truthful disclosure of his/her financial status (i.e., assets and liabilities). The attorney reserves the right to cancel the retainer agreement and seek withdrawal of representation by Order of the Court if the debtor fails to cooperate or truthfully disclose his/her financial status. This form is being amended to reflect that the previously disclosed retainer fee was partially shared with Rafael Gomez, Esquire, who initially met with and analyzed the Debtor's financial situation. Mr. Gomez received $726.00 of the previously disclosed fee and my fee was, therefore, reduced to $1,474.00. The Debtor is aware of this fee sharing and has consented thereto. I represent that this arrangement is not prohibitted by 11 U.S.C. sec. 504(a).**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Defense or prosecution of motions of any type, filing amendments to any schedule or any part of the petition, representation in adversarial proceedings and/or contested matters. Moreover, the retainer agreement does not contemplate representation and/or negotiation in obtaining reaffirmation agreements or loan modifications.The above referenced retainer fee does not include charges associated with additional services not mentioned herein and/or appearances as a result of the debtors' failure to attend any scheduled court hearing or date. Debtor's counsel reserves the right to make an application for supplemental fees to the Court in the event additional services not covered herein are performed.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **June 24, 2011** | */s/ Roger Chavez* |
|---|---|
| Date | **Roger Chavez RC4040**<br>**Law Offices of Roger Chavez**<br>**744 Broad Street, Suite 1600**<br>**Newark, NJ 07102**<br>**(973) 735-0530 Fax: (973) 735-0531**<br>**rchavez@lawsuites.net** |